# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

LAWRENCE EDWARD WATAHOMIGIE, Jr.

**CRIMINAL COMPLAINT**
(Redacted)

CASE NUMBER:

17-04330mj-001-PCT-DMF

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

On or about November 6, 2017, in Coconino County, in the District of Arizona, the defendant, LAWRENCE EDWARD WATAHOMIGIE, Jr., did knowingly, intentionally, recklessly, and forcibly assault, resist, oppose, impede and interfere with National Park Service Ranger Paul Riese, a person designated under Title 18, United States Code, Section 1114 as a federal law enforcement officer at that time, while Ranger Paul Riese was engaged in and on account of the performance of his official duties, and during the assault the defendant made physical contact with Ranger Paul Riese, in that the defendant spit on Ranger Paul Riese, in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 2

On or about November 6, 2017, in the District of Arizona, within the confines of the Grand Canyon National Park, an area of special maritime and territorial jurisdiction of the United States, the defendant, LAWRENCE EDWARD WATAHOMIGIE, Jr., an adult male, did knowingly, intentionally, and recklessly assault John Doe, a victim who had not attained the age of 16, in violation of Title 18, United States Code, Sections 7 and 113(a)(5).

## COUNT 3

On or about November 6, 2017, in the District of Arizona, within the confines of the Grand Canyon National Park, an area of special maritime and territorial jurisdiction of the United States, the defendant, LAWRENCE EDWARD WATAHOMIGIE, Jr., an adult male, did knowingly, intentionally, and recklessly assault John Doe, a juvenile, by wounding, specifically by biting, in violation of Title 18, United States Code, Sections 7 and 113(a)(4).

## COUNT 4

On or about November 6, 2017, in the District of Arizona, in the Grand Canyon National Park, an area within the jurisdiction of the National Park Service, the defendant, **LAWRENCE EDWARD WATAHOMIGIE, Jr.**, did threaten, resist, an intentionally interfere with government employees, specifically National Park Service sworn rangers, who were engaged in and on account of the performance of their official duties, in violation of 36 C.F.R. §§ 1.3 and 2.32(a)(1).

I further state that I am a sworn law enforcement officer with the National Park Service, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: /s AUSA Paul V. Stearns

__X__ Pursuant to 28 U.S.C. §1746(2), I declare that the foregoing is true and correct.

Laura Van Inwagen, Ranger, NPS
Complainant's Name and Title

/s/ Laura Van Inwagen  11/7/17
Complainant's Signature    Date

Nov. 7, 2017 @ 11:55 AM
Date/Time

__✓__ Sworn in Person

Flagstaff, Arizona
City and State

For Deborah M. Fine, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**REDACTED AFFIDAVIT**

I, <u>NPS Ranger Laura Van Inwagen</u>, state under oath as follows:

1. Your affiant is a Ranger with employed by the National Park Service (NPS), United States Department of the Interior, and is presently assigned to the Grand Canyon National Park. Your affiant has been employed by the NPS as a ranger for 26 years.

2. This affidavit is based on the investigation and/or experience of your affiant and the other rangers and/or witnesses described herein. Because this affidavit is being made to establish probable cause, your affiant has not listed every fact known regarding this investigation.

3. On November 6, 2017, at approximately 1858 hours, the Grand Canyon National Park dispatch received a call from an occupant of Supai Camp that a man had broken his window and ran off. Supai Camp is located within the confines of Grand Canyon National Park in the District of Arizona (Coconino County). It is a housing area that is primarily occupied by members of the Havasupai Indian Tribe.

4. At approximately 1900 hours, U.S. Park Rangers (USPR) Nate Snyder, Paul Riese, Neal Heller, and Jesse Vooz responded to the area in their marked patrol vehicles.

5. At approximately 1905 hours, Grand Canyon dispatch received a second call from the occupant in question in Supai Camp. The caller stated that his nephew was now fighting with a man.

6. At approximately 1908 hours, the rangers arrived on scene and identified a large Native American male, later identified as John Doe, who is a 15-year old juvenile. John Doe was leaning on top of and actively holding down another Native American male, later identified as Lawrence Edward Watahomigie, Jr. (WATAHOMIGIE). They were on the gravel edge of the pavement in front of one of the cabins in Supai Camp.

7. Rangers Riese, Snyder, and Vooz approached WATAHOMIGIE and gained control over him from John Doe. WATAHOMIGIE was lying face down in the gravel; he was placed in handcuffs. While gaining control of WATAHOMIGIE, Ranger Vooz smelled the strong odor of an alcoholic beverage coming from WATAHOMIGIE's breath and/or person. The ranger also notice that WATAHOMIGIE's speech was slurred.

8. Ranger Vooz began frisking WATAHOMIGIE for weapons. Ranger Vooz observed that WATAHOMIGIE'Ss hands were clenched with his fingers interlaced. Ranger Vooz instructed WATAHOMIGIE to relax his hands about four separate times. WATAHOMIGIE stated, "fuck you" and pulled his arms away. Ranger Vooz again instructed WATAHOMIGIE to relax his hands and informed him that it was just a check for weapons. WATAHOMIGIE then relaxed his hands.

9. The rangers then rolled WATAHOMIGIE onto his left side. As they rolled WATAHOMIGIE over, he separated his feet. As Ranger Vooz continued the frisk, he instructed WATAHOMIGIE to put his feet together. Ranger Vooz felt a knife in his front pants pocket. Ranger Riese told WATAHOMIGIE that he should listen to them.

WATAHOMIGIE turned toward the rangers and spat, hitting Ranger Riese on his right earlobe with the spittle. The rangers rolled WATAHOMIGIE back onto his stomach. Ranger Snyder asked if WATAHOMIGIE had spit on him. Ranger Vooze informed Ranger Snyder that WATAHOMIGIE had not hit Ranger Snyder with the spittle. WATAHOMIGIE then stated something to the effect of, "Then why you guys all so aggressive then? If I missed you why'd you all get so aggressive?" Ranger Snyder asked WATAHOMGIE, "Why are you spitting at us?" WATAHOMIGIE again stated something to the effect of, "Why are you getting so aggressive if I missed you?" The rangers then placed a spit hood on WATAHOMIGIE.

10. WATAHOMIGIE then began kicking and rolling himself onto his side. Rangers Riese, Snyder, Heller, and Vooz continued to hold WATAHOMIGIE down. WATAHOMIGIE appeared to tense his legs and attempted to kick toward the rangers multiple times. The rangers instructed WATAHOMIGIE not to kick. WATAHOMIGIE stated something to the effect of, "I'm turning around, damn, not the way you guys wanted though, fuckin assholes."

11. Ranger Vooz continued the frisk and found a folding pocketknife in WATAHOMIGIE'S front left pocket. WATAHOMIGIE continued to yell obscenities and continued to attempt to kick. The rangers instructed WATAHOMIGIE to stop kicking. WATAHOMIGIE said he was not kicking and called the rangers profane names.

12. The rangers then rolled WATAHOMIGIE back onto his side. WATAHOMIGIE separated his legs apart. Ranger Vooz instructed WATAHOMIGIE to bring his feet together and stop fighting. WATAHOMIGIE stated something to the effect of, "Fuck, I'm not even fighting with you guys; shit, you guys are just acting like I'm fighting."

13. Ranger Vooz asked WATAHOMIGIE his name. WATAHOMIGIE replied, "You better find out. Go ask my Dad over there". WATAHOMIGIE continued to yell obscenities and stated, "Where is the Flagstaff sheriff at?" Ranger Vooz informed WATAHOMIGIE that he was at the Grand Canyon.

14. The rangers then stood WATAHOMIGIE up and walked him to the rear passenger side of one of their marked patrol vehicles. As they approached the rear passenger side quarter panel of the patrol vehicle, WATAHOMIGIE hit his head against the side of the vehicle and brought up his feet and kicked the vehicle. The rangers pulled WATAHOMIGIE back from the vehicle, and Ranger Vooz instructed WATAHOMIGIE to separate his feet. WATAHOMIGIE then split his legs completely apart bringing his full weight to the ground in a seated position. WATAHOMIGIE stated something to the effect of, "They're all spread apart, what about now, like that?" WATAHOMIGIE then leaned toward the ground and attempted to hit his head on the ground.

15. The rangers then stood WATAHOMIGIE up again. WATAHOMIGIE continued to struggle. Ranger Vooz asked WATAHOMIGIE his name again, but he did

not reply. WATAHOMIGIE was eventually placed in Ranger Heller's patrol vehicle. WATAHOMIGIE continued to struggle, kick, and pull away as the rangers moved him. He was repeatedly told to stop resisting. During this struggle, WATAHOMIGIE leaned forward and attempted to bite Ranger Snyder on his forearm through the spit hood.

16. WATAHOMIGIE was placed in leg restraints and moved to a seated position. He continued to yell obscenities and insults. After being secured in the vehicle, WATAHOMIGIE began hitting his head against the door. Because of continued reactions by WATAHOMIGIE, NPS Supervisor John Gibbs, who was on scene, requested emergency medical services to respond to Supai Camp to evaluate WATAHOMIGIE.

17. Ranger Snyder and Ranger Vooz then met with USPR Riese who was obtaining a statement from John Doe and speaking with [REDACTED] (L.W.), who is the father of WATAHOMIGE. As Ranger Vooz approached the front door of L.W.'s cabin, Ranger Vooz observed broken glass on the front step. The window on the front door was smashed and shattered.

18. In summary, John Doe and L.W. stated the following: WATAHOMIGIE currently resides at L.W.'s cabin in Supai Camp. WATAHOMIGIE came home, he was loud, and he was acting drunk. WATAHOMIGIE began "talking shit" to John Doe about his father who had passed away. WATAHOMIGIE attempted to swing at John Doe with a closed fist but missed. L.W. then asked WATAHOMIGIE to leave the house. After WATAHOMIGIE left the house, John Doe heard a wooden board snap which was then

followed by glass breaking. They went outside and saw WATAHOMIGIE holding a wooden board like a baseball bat. WATAHOMIGIE dropped the board and tried to throw rocks at L.W.'s neighbor's house. WATAHOMIGIE stated that he was going to break all the windows in Supai Camp. WATAHOMIGIE tried to run away but tripped and fell. At that point, John Doe tackled and sat on WATAHOMIGIE while L.W. called the police. John Doe said that this was when WATAHOMIGIE turned and bit him (John Doe) on his right forearm and chest.

19. Ranger Vooz observed visible bite marks on John Doe's right forearm and another visible bite mark on the center of his chest. The bite wounds were approximately 2 inches long and had broken the skin.

20. Ranger Vooz called Grand Canyon dispatch hand requested a warrant check. Grand Canyon dispatch informed Ranger Vooz that WATAHOMIGIE date of birth is in 1997 (making him 20 years old), and that he has an active, non-extraditable, warrant out of Mojave County, Arizona.

21. WATAHOMIGIE was transported to Coconino County Jail by Rangers Joelle Baird and Adam Sherman. WATAHOMIGIE blew a 0.06 B.A.C. on a portable breath tester (PBT) upon arrival at the Coconino County Detention Center in Flagstaff; however, due to his behavior, a medical clearance was required by the jail prior to booking.

22. Based on the forgoing, your affiant believes that there is probable cause to support that the defendant, Lawrence Edward Watahomigie, Jr., committed violations of

federal law on or about November 6, 2017, in Coconino County, in the District of Arizona. The Grand Canyon National Park is an area within the special maritime and territorial jurisdiction of the United States.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.**

_____  
Laura Van Inwagen  
National Park Service

_11/7/17_____  
Date

SWORN TO AND SUBSCRIBED BEFORE ME on this _7___ day of November, 2017

_____  
Charles R. Pyle for Deborah M. Fine  
United States Magistrate Judge

- 7 -